Glenn R. Kantor - SBN122643
E-Mail: gkantor@kantorlaw.net
Corinne Chandler - SBN111423
E-Mail: cchandler@kantorlaw.net
KANTOR & KANTOR LLP
17216 Parthenia Street
Northridge, California 91325
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ✓

Attorneys for Plaintiff,
Willow Rorabaugh

FILED
CLERK, U.S DISTRICT COURT
JUL - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLOW RORABAUGH, | CASE NO: CV05-03612 ABC (RCx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONTEMPT |
| VS. | Trial Date: July 24, 2006 |
| CONTINENTAL CASUALTY COMPANY; EDWARD D. JONES & CO. LONG TERM DISABILITY PLAN; EDWARD D. JONES & CO. MEDICAL PLAN; EDWARD D. JONES & CO. LIFE INSURANCE PLAN; EDWARD D. JONES & CO. PENSION/RETIREMENT PLAN; | Pre-Trial Conference: Waived |
| Defendants. | |

DOCKETED ON
JUL - 6 2006
BY _____ 012

This matter came on for the Court's consideration upon the Motion of plaintiff Willow Rorabaugh for an Order of Contempt against defendants. The Court having considered the Motion and the supporting and opposing pleadings filed in connection therewith and finding good cause therefor, hereby orders as follows:

1. Defendants are to comply with this Court's Order and to produce the documents which were the subject of the prior discovery orders no later than July 17, 2006. Trial is scheduled for October 16, 2006 at 10:00 AM for oral argument and the parties are to meet and confer to establish a briefing schedule which is to be completed two weeks in advance of trial.

1

53

  2. Plaintiff is ordered to notify this Court no later than July 18, 2006 as to whether defendants have produced the documents in question. If, by said date, defendants have still failed and refused to produce the documents in question, defendants' Answer will be stricken, without any further notice from the Court and judgment will be entered in favor of plaintiff herein.

  3. Plaintiff is granted sanctions in the amount of $2,000, which represents the attorneys' fees incurred in bringing the Motion. Defendants are to pay said fees to plaintiff no later than July 17, 2006.

  4. This Court finds defendants to be in civil contempt. The evidence is clear that defendants took no steps to comply with this Court's Order. *See FTC v. Affordable Media, LLC*, 179 F.3d 1228, 1239 (9th Cir. 1999); *Shuffler v. Heritage Bank*, 720 F.2d 1141, 1146 (9th Cir. 1983).

  5. This Court finds that defendants willfully disregarded this Court's Order. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 45, 111 S.Ct. 2123, 2133 (1991); *Alyeska Pipeline Service Co. v. Wilderness Society*, 421 U.S. 240, 358, 95 S.Ct. 1612, 1622 (1975).

Dated: July 5, 2006

                    /s/ Audrey B. Collins
                    The Honorable Audrey B. Collins
                    U.S. District Court Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, California 91325.

On June 16, 2006, I served the foregoing document described as: [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONTEMPT on the interested parties in this action in a sealed envelope addressed as follows:

Robert Keehn, Esq.
Galton & Helm LLP
500 S. Grand Ave., Suite 1200
Los Angeles, CA 90071

[x]  (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[x]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]  (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]  (BY FEDERAL EXPRESS) I caused such envelope to be delivered on by Federal Express to the office of the addressee so indicated.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 16, 2006, at Northridge, California.

*Mildred Schwam*
Mildred Schwam