ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-
___ JS-2/JS-

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-03612 ABC | Date | November 29, 2006 |
|---|---|---|---|
| Title | Willow Rorabaugh v. CONTINENTAL CASUALTY COMPANY, et. al. | | |

Present: The Honorable   Audrey B. Collins

| Daphne Alex | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:**   (In Chambers)

Currently pending before this Court is Plaintiff's ERISA appeal. The Court finds these matters appropriate for submission without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the noticed hearing date of December 4, 2006 for both matters is VACATED and these matters are submitted for decision as of the date of the filing of this Order.

**IT IS SO ORDERED.**

Initials of Preparer