# UNITED STATES DISTRICT COURT
## Central DISTRICT OF CALIFORNIA

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| 07-55492 | CV 05-3612 ABC (RCx) |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |

RORABAUGH v. CNA, et al.
SHORT CASE TITLE

April 13, 2007
DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT

---

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT
HEARING DATE   COURT REPORTER   PROCEEDINGS

☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS
☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY)

☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS
☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY)

☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS
☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY)

☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS
☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY)

☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS
☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY)

☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS
☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY)

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER: | DATE TRANSCRIPT ORDERED: 4/20/07 |
|---|---|
| Keiko J. Kojima, SBN 206595<br>500 S. Grand Avenue<br>Suite 1200<br>Los Angeles, CA 90071<br>213-629-8800 | *signature*<br>SIGNATURE<br>ATTORNEY/PRO PER LITIGANT<br>Keiko J. Kojima |

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)   CA9-036 (10/01/82)

FILED CLERK, U.S. DISTRICT COURT
APR 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**COPY ONE**
FD-A9

106

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624.

On April 23, 2007, I served the following document(s) described as **TRANSCRIPT DESIGNATION AND ORDERING FORM** on the interested party(ies) in this action as follows:

☒ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately ____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 629-0037. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on April 23, 2007, at Los Angeles, California.

Agnes D. Tualla

# SERVICE LIST

## *Rorabaugh v. Continental Casualty Company*

Glenn R. Kantor
Corinne Chandler
Kantor & Kantor, LLP
17216 Parthenia Street
Northridge, CA 91325

Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff Willow Rorabaugh